**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

                                                  23 **CIVIL** 9020 (CS)

          -against-                                  **<u>DEFAULT JUDGMENT</u>**

YUNEL MEDRANO, individually and d/b/a
EL PUNTO BARBERSHOP, and EL PUNTO
BARBERSHOP CORP., an unknown business
entity d/b/a EL PUNTO BARBERSHOP,

                Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated August 7, 2024, Plaintiff's motion for attorneys' fees and costs is GRANTED, subject to the modifications discussed in the Order. Plaintiff is awarded $3,850 in attorneys' fees and $615.80 in costs. For the reasons stated on the record on July 2, 2024, Plaintiff's motion for a default judgment is granted and Plaintiff is awarded statutory damages in the amount of $1,250 and enhanced statutory damages in the amount of $3,750. (See Minute Entry dated July 2, 2024.) Plaintiff is awarded post judgment interest at the rate prescribed in 28 U.S.C. § 1961(a). Default judgment is entered against Defendants jointly and severally; accordingly, the case is closed.

**DATED**: New York, New York
            August 8, 2024

                                      **DANIEL ORTIZ**
                                _____
                                 **Acting Clerk of Court**

                                 *K. mango*
          **BY:** _____
                                 **Deputy Clerk**